■ DiPizio Construction Company, Inc., Appellant, v Niagara Frontier Transportation Authority, Respondent. (Appeal No. 2.) [967 NYS2d 863]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered October 11, 2012. The order granted the motion of defendant to settle the order on defendant's prior motion for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.